Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:    702.382.2101
Facsimile:    702.382.8135
preilly@bhfs.com

*Attorneys for Nelnet Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIA HOEKSTRA,<br><br>                 Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC AND NELNET STUDENT LOAN FUNDING MANAGEMENT CORPORATION,<br><br>                 Defendants. | Case No. 2:22-cv-02170-GMN-BNW<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

## **STIPULATION**

Plaintiff Mia Hoekstra ("Plaintiff"), by and through her counsel of record, George Haines, Esq., of Freedom Law Firm, and, Defendant Nelnet Servicing, LLC, incorrectly sued as "Nelnet Student Loan Funding Management Corporation," ("Nelnet") by and through its counsel of record, Patrick J. Reilly, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree as follows:

1.  On December 29, 2022, Plaintiff filed her Complaint For Damages Under the FCRA, 15 U.S.C. §1681 (the "Complaint"). ECF No. 1.

2.  On or about January 5, 2023, Plaintiff served the Summons and Complaint on Nelnet.

3.  The current deadline for Nelnet to respond to Plaintiff's Complaint is January 26,

25145998

2023.

4.     Plaintiff has agreed to grant an extension for Nelnet to answer or otherwise plead in response to the Complaint.

5.     Nelnet shall have up to, and including, February 9, 2023, in which to answer or otherwise plead in response to Plaintiff's Complaint.

6.     Nelnet seeks additional time to respond to the Complaint so that it may gather additional relevant documentation and information, conduct an initial investigation of the Complaint's allegations in order to formulate a response to the Complaint, and confer with opposing counsel regarding possible settlement of this action.

7.     This stipulation is brought in good faith by all parties and not for purposes of delay. This extension will not result in any undue delay in the administration of this case.

8.     This is the first request for extension of time requested by the parties with respect to responding to the Complaint. The parties previously submitted a stipulation and proposed order for this proposed extension on January 23, 2023 (ECF No. 7) that was denied without prejudice by this Court for failure to comply with LR IA 6-1(a). This Amended Stipulation corrects said deficiency. Counsel apologize for this error.

DATED this 26th day of January, 2023.                DATED this 26th day of January, 2023.

*/s/ Patrick J. Reilly*                                                */s/ Gerardo Avalos*
Patrick J. Reilly, Esq.                                               George Haines, Esq.
BROWNSTEIN HYATT FARBER                                Gerardo Avalos, Esq.
SCHRECK, LLP                                                      FREEDOM LAW FIRM
100 North City Parkway, Suite 1600                       8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89106                                             Las Vegas, NV 89123

*Attorneys for Nelnet Servicing, LLC*                    *Attorneys for Mia Hoekstra*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 2:29 pm, January 27, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -

25145998