Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:     702.382.2101
Facsimile:       702.382.8135
preilly@bhfs.com

*Attorneys for Nelnet Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIA HOEKSTRA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC AND NELNET STUDENT LOAN FUNDING MANAGEMENT CORPORATION,<br><br>Defendants. | Case No. 2:22-cv-02170-GMN-BNW<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

### **STIPULATION**

Plaintiff Mia Hoekstra ("Plaintiff"), by and through her counsel of record, George Haines, Esq., of Freedom Law Firm, and, Defendant Nelnet Servicing, LLC, incorrectly sued as "Nelnet Student Loan Funding Management Corporation," ("Nelnet") by and through its counsel of record, Patrick J. Reilly, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree as follows:

1. On December 29, 2022, Plaintiff filed her Complaint For Damages Under the FCRA, 15 U.S.C. §1681 (the "Complaint"). ECF No. 1.

2. On or about January 5, 2023, Plaintiff served the Summons and Complaint on Nelnet.

3. After a two-week extension granted by this Court, the current deadline for Nelnet to

25208488

respond to Plaintiff's Complaint is February 9, 2023.

4. Plaintiff has agreed to grant an extension for Nelnet to answer or otherwise plead in response to the Complaint.

5. In the interim, Plaintiff has filed a second action against Nelnet in this Court, Case No. 2:23-cv-00182. Nelnet is currently reviewing that Complaint and investigating the facts in that action simultaneously with this action.

6. Nelnet shall have up to, and including, February 23, 2023, in which to answer or otherwise plead in response to Plaintiff's Complaint.

7. Nelnet seeks additional time to respond to the Complaint so that it may gather additional relevant documentation and information regarding this action and Case No. 2:23-cv-00182, continue its initial investigation of the allegations in both actions in order to formulate a response thereto, and confer with opposing counsel regarding possible settlement of the actions.

8. This stipulation is brought in good faith by all parties and not for purposes of delay. This extension will not result in any undue delay in the administration of this case.

9. This is the second request for extension of time requested by the parties with respect to responding to the Complaint.

DATED this 10th day of February, 2023.         DATED this 10th day of February, 2023.

*/s/ Patrick J. Reilly*                          */s/ Gerardo Avalos*
Patrick J. Reilly, Esq.                          George Haines, Esq.
BROWNSTEIN HYATT FARBER                          Gerardo Avalos, Esq.
SCHRECK, LLP                                     FREEDOM LAW FIRM
100 North City Parkway, Suite 1600               8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89106                              Las Vegas, NV 89123

*Attorneys for Nelnet Servicing, LLC*            *Attorneys for Mia Hoekstra*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 13, 2023

25208488