| | |
|---|---|
| 1 | George Haines, Esq. |
| 2 | Nevada Bar No.: 9411 |
|   | Gerardo Avalos, Esq. |
| 3 | Nevada Bar No.: 15171 |
| 4 | **FREEDOM LAW FIRM** |
|   | 8985 S. Eastern Ave., Suite 100 |
| 5 | Las Vegas, Nevada 89123 |
| 6 | (702) 880-5554 |
|   | (702) 385-5518 (fax) |
| 7 | Ghaines@freedomlegalteam.com |
| 8 | *Attorneys for Plaintiff Mia Hoekstra* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mia Hoekstra, | Case No.: 2:22-cv-02170 |
| Plaintiff, | **Stipulation for dismissal of Equifax Information Services, LLC with prejudice.** |
| v. | |
| Equifax Information Services, LLC; and Nelnet Student Loan Funding Management Corporation, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Mia Hoekstra and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

///
///
///
///
///

_____

STIPULATION                                      - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 14, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services, LLC*

IT IS SO ORDERED:

_____May 17, 2024_____
UNITES STATES DISTRICT JUDGE

DATED:_____